UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MACHERIE TEAHL, on her own
behalf and others similarly situated,

    Plaintiff,

v.                            Case No:  2:13-cv-833-FtM-38CM

THE LAZY FLAMINGO, INC.,
LAZY FLAMINGO 2, INC., LAZY
FLAMINGO 3, INC., LCT
PROPERTIES, INC., LCT
RESTAURANT PARTNERS 4,
LLC, XYZ ENTITIES 1 - 10,
LARRY THOMPSON and
RICHARD MUENCH,

    Defendants.

## ORDER

Before the Court is the parties' Joint Motion for Extension of Stay (Doc. 31) filed on September 15, 2014. This is the parties' third request for a stay of discovery in this Fair Labor Standards Act case. The parties mediated and filed a Joint Report Regarding Settlement ("Joint Report") by the deadline set forth in the Scheduling Order. Doc. 20 at ¶ 5. The Joint Report stated that the parties had not settled but wished to continue settlement discussions through May 23, 2014, and would notify the Court if another formal mediation conference had been scheduled. Doc. 24. A formal mediation was scheduled for July 24, 2014, and accordingly the parties requested and were granted a stay of the proceedings until August 15, 2014. Doc. 28.

The July 24, 2014 mediation was cancelled due to an illness of one of the defendants. Thus, the parties requested and the Court continued the stay of discovery pursuant to paragraphs 8-9 of the Scheduling Order, as well as the deadline to file a case management report, until September 15, 2014. Doc. 30. The parties now state that they continue to engage in settlement discussions, and are in the process of identifying and providing certain information and documents in order to evaluate a potential settlement. Thus, they request a 21-day continuance of the stay in order to prepare and file a case management report in the event that the case is not settled.

As the parties continue to engage in good faith efforts to mediate this case, the Court finds good cause to continue the stay for an additional 21-days. The parties are informed, however, that the Court is not inclined to stay this matter indefinitely while the parties attempt settlement. The Court encourages the parties to actively finalize settlement of this matter, failing which a case management report should be filed and a schedule will be entered so that this case may move forward.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The parties' Joint Motion for Extension of Stay (Doc. 31) is **GRANTED**.

2. The parties' case management report is due on or before **October 6, 2014**.

3. Until the parties file the case management report, all discovery in this case is stayed, except as provided in the Scheduling Order.

- 3 -

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of September, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record