UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MACHERIE TEAHL, on her own behalf
and others similarly situated

        Plaintiff,

v.                           Case No:   2:13-cv-833-FtM-38CM

THE LAZY FLAMINGO, INC., LAZY
FLAMINGO 2, INC., LAZY
FLAMINGO 3, INC., LCT
PROPERTIES, INC., LCT
RESTAURANT PARTNERS 4, LLC,
XYZ ENTITIES 1 - 10, LARRY
THOMPSON and RICHARD
MUENCH,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Motion for Approval of Proposed Notice Pursuant to Section 216(B) of the FLSA (Doc. #47) filed on May 13, 2015. Upon consideration, it is **ORDERED:**

Joint Motion for Approval of Proposed Notice Pursuant to Section 216(B) of the FLSA (Doc. #47) is **GRANTED**. The Notice (Doc. #47-1) shall be provided accordingly:

No later than **June 29, 2015**, Defendants shall provide Plaintiff's counsel with the names and last known addresses of all employees who fall within the collective class

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

definition. Plaintiff's counsel shall be responsible for sending the notice to all potential collective members by first class mail within 30 days of receipt of the information from Defendants. All opt-in collective members must return the consent form to Plaintiff's counsel with a postmark date no later than 60 days after notice is provided. Plaintiff's counsel shall furnish a copy of all consents received to defense counsel and maintain the originals. Plaintiff's counsel shall file one pleading identifying each opt-in collective member and their address within ten days of the expiration of the 60 day opt-in deadline.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record