UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MACHERIE TEAHL, on her own behalf
and others similarly situated

   Plaintiff,

v.               Case No: 2:13-cv-833-FtM-38CM

THE LAZY FLAMINGO, INC., LAZY
FLAMINGO 2, INC., LAZY
FLAMINGO 3, INC., LCT
PROPERTIES, INC., LCT
RESTAURANT PARTNERS 4, LLC,
XYZ ENTITIES 1 - 10, LARRY
THOMPSON and RICHARD
MUENCH,

   Defendants.
_____/

### **ORDER**[1]

  This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #66) filed on June 21, 2016. Judge Mirando recommends denying the parties' Joint Motion Seeking Certification of Rule 23 Class, Preliminary Approval of Proposed Settlement, Authorization of Notice to the Settlement Class, and Setting a Final Fairness Hearing and Memorandum of Law in Support Thereof (Doc. #63); permitting the parties to submit an amended motion for approval of proposed settlement and an amended settlement agreement; and allowing

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendants fourteen days, after the entry of this Order, to respond to Plaintiff's Amended Complaint (Doc. #67). No objections to the Report and Recommendation were filed, and the time to do so has now expired.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.,* 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation. That said, on or before August 5, 2016, the parties shall submit an amended motion for approval of proposed settlement and an amended settlement agreement. The Court will allow Defendants fourteen days to respond to the Amended Complaint.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #66) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. The parties' Joint Motion Seeking Certification of Rule 23 Class, Preliminary Approval of Proposed Settlement, Authorization of Notice to the Settlement

    Class, and Setting a Final Fairness Hearing and Memorandum of Law in Support Thereof (Doc. #63) is **DENIED**.

3. On or before August 5, 2016, the parties shall submit an amended motion for approval of proposed settlement and an amended settlement agreement.

4. Defendants have fourteen days from this date of this Order to respond to Plaintiff's Amended Complaint (Doc. #67).

    **DONE** and **ORDERED** in Fort Myers, Florida, this 29th day of July, 2016.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record