UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MACHERIE TEAHL, on her own behalf
and others similarly situated

       Plaintiffs,

v.                                                        Case No: 2:13-cv-833-FtM-38CM

THE LAZY FLAMINGO, INC., LAZY
FLAMINGO 2, INC., LAZY
FLAMINGO 3, INC., LCT
PROPERTIES, INC., LCT
RESTAURANT PARTNERS 4, LLC,
XYZ ENTITIES 1-10, LARRY
THOMPSON and RICHARD
MUENCH,

       Defendants.

_____/

### ORDER[1]

This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #75) filed on August 31, 2016. Judge Mirando recommends granting the parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #72) and approving the Settlement Agreement (Doc. #72-1) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA") (Doc. #75). The parties filed a Joint

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Notice of No Objection to Judge Mirando's Report and Recommendation (Doc. #77) on September 9, 2016. As such, this matter is ripe for review.

Upon a careful and thorough review of the findings, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C § 636(b)(1); *see also* *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, the district judge is not required to conduct a *de novo* review of the factual findings, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). However, the district judge reviews legal conclusions *de novo*, even in the absence of an objection. *Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994)*.

After careful consideration of Judge Mirando's Report and Recommendation and after conducting an independent review of the record, this Court adopts, accepts, and approves the Report and Recommendation (Doc. #75).

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #75) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.
2. The parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #72) is **GRANTED**, and the Settlement Agreement (Doc. #72-1) is **APPROVED** as fair and reasonable.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the remainder of the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 13th day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of record